1046

No. 374. TOTTON, DBA TOTTON & DUNN CO. v. LOCAL 43, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES & CANADA, *ante*, p. 915;

No. 394. HUCKABY v. UNITED STATES, *ante*, p. 933;

No. 576. HUCKABY v. UNITED STATES, *ante*, p. 938;

No. 472. GARRETT ET AL. v. UNITED STATES, *ante*, p. 952; and

No. 692, Misc. CREIGHBAUM v. BURKE, WARDEN, *ante*, p. 955. Motions for leave to file petitions for rehearing denied.

No. 568. QUINN v. UNITED STATES, *ante*, p. 983. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

JANUARY 17, 1969.

No. 48. JULIAN MESSNER, INC., ET AL. v. SPAHN. Appeal from Ct. App. N. Y. Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Selig J. Levitan* for appellants. *Frederic A. Johnson* for appellee. [For earlier order herein, see *ante*, p. 818.]

No. 825. CLIFFORD, SECRETARY OF DEFENSE, ET AL. v. FAULKNER. Appeal from D. C. E. D. N. Y. Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander,* and *Robert V. Zener* for appellants. *Stanley Faulkner* for appellee.

JANUARY 20, 1969.

No. 582. CONTINENTAL CASUALTY CO. ET AL. v. ROBERTSON LUMBER CO. Appeal from Sup. Ct. N. D. The Solicitor General is invited to file a brief in this case expressing the views of the United States.